**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
       jsmith@bursor.com
       fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr. Ste. 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (212) 989-9163
Email: scott@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BROWER, ASHLEY MISTLER and JUDI TALILI, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>  v.<br><br>WELSPUN INDIA, LTD.,<br><br>                Defendant. | Case No. 2:19-cv-00956-WBS-DB<br><br>**STIPULATION TO STAY CASE ORDER** |

| | |
|---|---|
| 1 | Plaintiffs Harold Brower, Judi Talili, and Ashley Mistler ("Plaintiffs") stipulate as follows: |
| 2 | WHEREAS, Plaintiffs are parties to a related federal class action pending in the Southern |
| 3 | District of New York, captioned *In re Welspun Litigation*, S.D.N.Y. Case No. 16-cv-06782-VB |
| 4 | (the "SDNY Action"); |
| 5 | WHEREAS, Welspun India Ltd. ("Welspun") also is a defendant in *Hansen-Mitchell et al.* |
| 6 | *v. Welspun USA, Inc. et al.*, Case No. 19-L-391 (Cir. Ct. of Ill., 20th Judicial Circuit, St. Clair |
| 7 | County, Ill.) (the "*Hansen-Mitchell* Action"), another related case where the parties entered into a |
| 8 | class action settlement; |
| 9 | WHEREAS, the parties in this Action, the SDNY Action, and the *Hansen-Mitchell* Action |
| 10 | desire a global resolution of all pending and future disputes and proceedings related to the claims |
| 11 | against Welspun, and have executed the Agreement to Resolve Pending and Future Disputes |
| 12 | attached as <u>Exhibit 1</u> ("the Agreement"); |
| 13 | WHEREAS, pursuant to the Agreement: (1) the plaintiffs in the *Hansen-Mitchell* Action |
| 14 | will file an amended motion for preliminary approval of class settlement on or before July 1, 2019; |
| 15 | (2) the parties in this Action agreed the Plaintiffs would stipulate that all activity and deadlines in |
| 16 | this Action would be stayed pending approval of the settlement in the *Hansen-Mitchell* Action; and |
| 17 | (3) if settlement is approved in the *Hansen-Mitchell* Action, Plaintiffs agreed to dismiss this Action |
| 18 | with prejudice upon the Effective Date of the settlement; |
| 19 | WHEREAS, pursuant to the Agreement, if final approval of the *Hansen-Mitchell* settlement |
| 20 | "does not occur for any reason, or if [it] is vacated, overturned, reversed, or rendered void as a |
| 21 | result of an appeal, or the *Hansen-Mitchell* [Settlement] Agreement is voided, rescinded, or |
| 22 | otherwise terminated for any reason, then this [A]greement shall be void" and Plaintiffs will |
| 23 | resume litigating this Action. |
| 24 | NOW THEREFORE, pursuant to the parties' Agreement, Plaintiffs stipulate to stay all |
| 25 | activity and deadlines in this Action at least until the Effective Date of the *Hansen-Mitchell* |
| 26 | settlement agreement. |
| 27 | // |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated: June 27, 2019 | Respectfully submitted, |
| 2 | | **BURSOR & FISHER, P.A.** |
| 3 | | By: */s/ Joel D. Smith* |
| 4 | | Joel D. Smith |

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Frederick J. Klorczyk III (State Bar No. 320783)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
jsmith@bursor.com
fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr. Ste. 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (212) 989-9163
Email: scott@bursor.com

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

The September 30, 2019 Scheduling Conference is **VACATED**. The parties shall submit a joint status report no later than ten days after the Effective Date of the *Hansen-Mitchell* settlement agreement.

**Dated: June 27, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE